NMA:BTK
F. #2014R01951

FILED
CLERK

2014 DEC -8 PM 3: 05

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

KEVIN FAGAN,

          Defendant.

– – – – – – – – – – – – – – –X

**INDICTMENT**

Cr. No. **632**

(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(C), 952(a), 960(a)(1) and
960(b)(3); T. 18, U.S.C., §§ 3551 et seq.)

GOLD, M.J.

THE GRAND JURY CHARGES:

## COUNT ONE
(Importation of Cocaine)

    On or about November 27, 2014, within the Eastern District of New York and elsewhere, the defendant KEVIN FAGAN did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Possession of Cocaine with Intent to Distribute)

On or about November 27, 2014, within the Eastern District of New York, the defendant KEVIN FAGAN did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2014R01951
FORM DBD-34
JUN 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

KEVIN FAGAN,

Defendant.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(C), 952(a), 960(a)(1) and 960(b)(3); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
Clerk

*Bail, $* _____

*Bradley T. King, Assistant U.S. Attorney (718) 254-6435*