**JOAN M. AZRACK, U.S.D.J.**　　　　　　　　　　　　　　DATE:　May 5, 2015

CRIMINAL TRIAL - JURY TRIAL

DOCKET NO.　14-CR-632 (JMA)　　　　CASE　　U.S. v. Fagan

**APPEARANCES**

GOVERNMENT:　　　　Lindsay K. Gerdes

　　　　　　　　　　Winston Paes

　　　　　　　　　　Ja'Shayla Smith (paralegal)

　　　　　　　　　　Special Agent David Schrader

DEFENDANT:　　　　　Chase A. Scolnick

　　　　　　　　　　Mia Eisner-Grynberg

　　　　　　　　　　Emma Schindler (paralegal)

　　　　　　　　　　Kevin Fagan (defendant)

__X__　CASE CALLED

__X__　COUNSEL FOR ALL SIDES PRESENT

_____　COUNSEL FOR PLAINTIFF/DEFENDANT PRESENT ONLY

_____　PLAINTIFF/DEFENDANT PRESENT W/O COUNSEL

_____　TRIAL COMMENCED

_____　JURORS SWORN

__X__　TRIAL CONTINUED

__X__　TRIAL ADJOURNED TO　May 6, 2015　AT　10:00 AM

_____　DECISION RESERVED

Court Reporter:　Anthony Mancuso